UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 24-CR-00476-CRB |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER RE: UNITED STATES' |
| v. | ) MOTION TO FILE SUR-REPLY |
| | ) |
| NOAH TAKODA SULEYMAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States' Motion to File a Sur-Reply is GRANTED.

**IT IS SO ORDERED.**

DATED:  February  9  , 2026

_____
HONORABLE CHARLES R. BREYER
United States District Judge