JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Ned_Smock@fd.org

Counsel for Defendant Suleyman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH SULEYMAN,<br><br>Defendant. | **Case No.:** CR 24–476 CRB<br><br>**STIPULATED PRETRIAL SCHEDULE AND [~~PROPOSED~~] ORDER**<br><br>**Court:**         Courtroom 6, 17th Floor |

The parties are currently set for jury trial in this Court on June 22, 2026.  The pretrial conference is set for May 21, 2026 at 2:00 p.m.  The parties have met and conferred and propose the following pretrial deadlines.

| DEADLINE | DATE |
|---|---|
| Defense Motion to Preclude Theory re: Enticement to Engage in Sexual Conduct in North and/or South Carolina | March 2, 2026 |
| U.S. Opposition to Motion to Preclude | March 16, 2026 |
| Defense Reply re: Motion to Preclude | March 23, 2026 |
| Hearing on Motion to Preclude | April 6, 2026, 10:00 a.m. |

| DEADLINE | DATE |
|---|---|
| Notices Pursuant to Federal Rule of Evidence 404(b) | April 30, 2026 |
| Notices of Defenses Required Under Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 | April 30, 2026 |
| Expert Witness Disclosures | April 30, 2026 |
| Proposed Supplemental Questions for the Electronic Jury Questionnaire | April 30, 2026 |
| *Daubert* Motions | May 7, 2026 |
| Motions *in Limine* | May 7, 2026 |
| Joint Pretrial Statement Per Crim. L.R. 17.1(b) | May 14, 2026 |
| Exhibit Lists | May 14, 2026 |
| Witness Lists | May 14, 2026 |
| Oppositions to Motions *in Limine* | May 14, 2026 |
| Oppositions to *Daubert* Motions | May 14, 2026 |
| Proposed Jury Instructions | May 14, 2026 |
| Proposed Description of the Case | May 14, 2026 |
| Proposed Verdict Form | May 14, 2026 |
| Involved Individuals List | May 14, 2026 |
| Parties' Electronic Exchange of Exhibits | May 21, 2026 |
| Discovery Cut-Off | June 1, 2026 |

Pretrial Conference set for June 11, 2026 at 2:00 p.m.

STIPULATED PRETRIAL SCHEDULE AND [~~PROPOSED~~] ORDER
*SULEYMAN*, CR 24–476 CRB

IT IS SO STIPULATED.

February 24, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

NED SMOCK
Assistant Federal Public Defender

February 24, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S

NEHA NIGAM
ROLAND CHANG
Assistant United States Attorneys

IT IS SO ORDERED.

February 25, 2026
Dated

CHARLES R. BREYER
Senior United States District Judge

STIPULATED PRETRIAL SCHEDULE AND [PROPOSED] ORDER
*SULEYMAN*, CR 24–476 CRB

3