CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ROLAND CHANG (CABN 271511)
NEHA NIGAM (ILBN 632377)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6844
     Fax: (415) 436-7200
     roland.chang@usdoj.gov
     neha.nigam@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-00476 CRB |
| Plaintiff, | **JOINT STIPULATION TO MODIFY DEADLINES FOR DEFENDANT'S MOTION TO PRECLUDE AND [~~PROPOSED~~] ORDER** MODIFIED |
| v. | |
| NOAH TAKODA SULEYMAN, | Honorable Charles R. Breyer |
| Defendant. | Courtroom 6, 17th Floor |

The parties jointly stipulate and respectfully request that the Court modify the deadlines and hearing date for the Defendant's Motion to Preclude, filed on March 2, 2026 (Dkt. 57).

According to the Stipulated Pretrial Schedule Order, the deadline for the government's opposition is March 16, 2026, the defendant's reply is March 23, 2026, and the hearing date is set for April 6, 2026 at 10:00 a.m.  Dkt. 55.

The parties request that the Court modify the deadlines as follows: (i) the government's opposition is due by March 30, 2026; and (ii) the Defendant's reply is due by April 6, 2026.  The parties further request that the Court reset the hearing date for ~~April 15, 2026~~ May 6, 2026 at 10:00am, subject to the Court's

//

STIP. ON MOT. DEADLINES AND [~~PROPOSED~~] ORDER
24-CR-00476 CRB               1

availability.

**IT IS SO STIPULATED.**

DATED: March 13, 2026                                    Respectfully submitted,

                                                        CRAIG H. MISSAKIAN
                                                        United States Attorney

                                                        */s/ Roland Chang*
                                                        ROLAND CHANG
                                                        NEHA NIGAM
                                                        Assistant United States Attorneys

DATED: March 13, 2026

                                                        */s/*
                                                        NED SMOCK
                                                        TAYLOR FATHERREE
                                                        Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___March 16_____, 2026      _____
                                          HONORABLE CHARLES R. BREYER
                                          UNITED STATES SENIOR DISTRICT JUDGE

STIP. ON MOT. DEADLINES AND [PROPOSED] ORDER
24-CR-00476 CRB                              2