JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:        Ned_Smock@fd.org


Counsel for Defendant SULEYMAN


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| UNITED STATES OF AMERICA, | Case No.: CR 24-476 CRB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER ADVANCING DATE OF MOTION HEARING ON DEFENDANT'S MOTION TO PRECLUDE PROSECUTORIAL THEORY** |
| NOAH SULEYMAN, | |
| Defendant. | |

A hearing on defendant's Motion to Preclude Prosecutorial Theory About Extraterritorial Application of California Law (ECF No. 57) was set by the Court for May 6, 2026 at 10:00 a.m.  Counsel for Mr. Suleyman will be in trial on another matter on that date. The parties therefore ask that the matter be heard on April 29, 2026 at 10:00 a.m.  Counsel for the government has indicated that they are available on that date.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER

1

April 6, 2026                      CRAIG H. MISSAKIAN
Dated                             United States Attorney
                                  Northern District of California


                                  _____/S_____
                                  NEHA NIGAM
                                  ROLAND CHANG
                                  Assistant United States Attorneys


April 6, 2026                      JODI LINKER
Dated                             Federal Public Defender
                                  Northern District of California


                                  _____/S_____
                                  NED SMOCK
                                  Assistant Federal Public Defender


IT IS SO ORDERED.


___April 7, 2026_____        _____
Dated                             CHARLES R. BREYER
                                  Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER

2