CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ROLAND CHANG (CABN 271511)
NEHA NIGAM (ILBN 632377)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    Fax: (415) 436-7027
    roland.chang@usdoj.gov
    neha.nigam@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 24-CR-00476 CRB |
|     Plaintiff, | )<br>) **JOINT STIPULATION TO MODIFY**<br>) **DEADLINES FOR PRETRIAL SCHEDULE** |
|     v. | ) **AND [PROPOSED] ORDER**<br>) |
| NOAH TAKODA SULEYMAN, | ) Honorable Charles R. Breyer<br>) Courtroom 6, 17th Floor |
|     Defendant. | )<br>) |

The parties are currently set for trial in this matter to begin on June 22, 2026. Jury selection is set for June 22, 2026 at 9:15 a.m. The jury trial will begin on June 23, 2026 at 9:15 a.m., in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

On February 25, 2026, the Court entered the Stipulated Pretrial Schedule, which the parties agreed upon based on the previously set pretrial conference date on May 21, 2026. Dkt. 55.

On April 8, 2026, the Court vacated the previously set pretrial conference on May 21, 2026, and set the conference for June 11, 2026. Dkt. 65.

The parties have met and conferred and propose the following amended pretrial deadlines to account for the June 11, 2026 pretrial conference date.

| DEADLINE | DATE |
|---|---|
| Notices Pursuant to Federal Rule of Evidence 404(b) | May 7, 2026 |
| Notices of Defenses Required Under Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 | May 7, 2026 |
| Expert Witness Disclosures | May 7, 2026 |
| Proposed Supplemental Questions for the Electronic Jury Questionnaire | May 7, 2026 |
| Rebuttal Expert Witness Disclosures | May 14, 2026 |
| *Daubert* Motions | May 21, 2026 |
| Motions *in Limine* | May 21, 2026 |
| Joint Pretrial Statement Per Crim. L.R. 17.1(b) | May 28, 2026 |
| Exhibit Lists | May 28, 2026 |
| Witness Lists | May 28, 2026 |
| Oppositions to Motions *in Limine* | May 28, 2026 |
| Oppositions to *Daubert* Motions | May 28, 2026 |
| Proposed Jury Instructions | May 28, 2026 |
| Proposed Description of the Case | May 28, 2026 |
| Proposed Verdict Form | May 28, 2026 |
| Involved Individuals List | May 28, 2026 |
| Discovery Cut-Off | June 1, 2026 |
| Parties' Electronic Exchange of Exhibits | June 4, 2026 |

**IT IS SO STIPULATED.**

//

//

//

//

STIP. PRETRIAL SCHEDULE AND [PROPOSED] ORDER
24-CR-00476 CRB                                    2

DATED: April 10, 2026                          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
ROLAND CHANG
NEHA NIGAM
Assistant United States Attorneys

DATED: April 10, 2026

_____/s/_____
NED SMOCK
TAYLOR FATHERREE
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___April 15, 2026                       _____
HONORABLE CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE

STIP. PRETRIAL SCHEDULE AND [PROPOSED] ORDER
24-CR-00476 CRB                          3