CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ROLAND CHANG (CABN 271511)
NEHA NIGAM (ILBN 632377)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    Fax: (415) 436-7027
    roland.chang@usdoj.gov
    neha.nigam@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-00476 CRB |
| Plaintiff, | **JOINT STIPULATION TO SET CHANGE-OF-PLEA AND VACATE PRETRIAL DEADLINES** [~~PROPOSED~~] **ORDER** |
| v. | |
| NOAH TAKODA SULEYMAN, | Hearing Date:  May 28, 2026 |
| Defendant. | Hearing Time: 10:00 a.m. |
| | Courtroom:     6, 17th Floor |
| | Honorable Charles R. Breyer |

The parties are currently set for trial in this matter to begin on June 22, 2026.  Jury selection is set for June 22, 2026 at 9:15 a.m.  The jury trial will begin on June 23, 2026 at 9:15 a.m.  The pretrial conference is set for June 15, 2026 at 10:00 a.m.  Dkt. 72.

On April 15, 2026, the Court signed an Order to Modify Deadlines for Pretrial Schedule.  Dkt. 67.

The parties have tentatively agreed to terms of a plea agreement and jointly request that the Court vacate the previously set pretrial deadlines.  In addition, the parties request that the Court set a change-of-plea hearing for 10:00 a.m. on May 28, 2026.

**IT IS SO STIPULATED.**

DATED: May 14, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
ROLAND CHANG
NEHA NIGAM
Assistant United States Attorneys

DATED: May 14, 2026

_____/s/_____
NED SMOCK
TAYLOR FATHERREE
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   May 15, 2026                    , 2026    _____

HONORABLE CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE

STIP. CHANGE-OF-PLEA AND VACATE PRETRIAL DEADLINES AND [PROPOSED] ORDER
24-CR-00476 CRB                    2