CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ROLAND CHANG (CABN 271511)
NEHA NIGAM (ILBN 632377)
Assistant United States Attorneys

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: (415) 436-7108
>Fax: (415) 436-7027
>roland.chang@usdoj.gov
>neha.nigam@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-00476 CRB |
| Plaintiff, | **JOINT STIPULATION TO VACATE TRIAL AND [PROPOSED] ORDER** |
| v. | |
| NOAH TAKODA SULEYMAN, | |
| Defendant. | |

The parties are currently set for trial in this matter to begin on June 22, 2026.

A change-of-plea hearing is set for June 17, 2026 at 10:00 a.m.  Dkt. 79.  As such, the parties jointly request that the Court vacate the previously set trial.

**IT IS SO STIPULATED.**

///

///

///

///

STIP. TO VACATE TRIAL AND [PROPOSED] ORDER
24-CR-00476 CRB                                     1

DATED: June 1, 2026                          Respectfully submitted,

                                             CRAIG H. MISSAKIAN
                                             United States Attorney

                                                    /s/
                                             ROLAND CHANG
                                             NEHA NIGAM
                                             Assistant United States Attorneys

DATED: June 1, 2026

                                                    /s/
                                             NED SMOCK
                                             TAYLOR FATHERREE
                                             Attorneys for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____June 3_____, 2026    _____
                                             HONORABLE CHARLES R. BREYER
                                             UNITED STATES SENIOR DISTRICT JUDGE

STIP. TO VACATE TRIAL AND [PROPOSED] ORDER
24-CR-00476 CRB                          2