# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: August 26, 2026 Judge: Honorable Charles R. Breyer

Court Reporter: Kendra Steppler
Time: 34 Minutes
Case No.: CR24-0476-1 CRB
Case Name: USA v. Noah Takoda Suleyman (Custody) (Present)

Attorney(s) for Government: Roland Chang, Neha Nigam
Attorney(s) for Defendant(s): Ned Smock
Probation Officer: Kyle Pollak

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons to a term of 60 months. Defendant placed on supervised release for a term of 5 years under the standard and special conditions. Defendant shall pay a special assessment of $100. The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived. Counsel shall submit a Status Report re Restitution within 90 days. Government Motion to Dismiss Count 2 in the Superseding Information – Motion Granted. Refer to Judgment for additional information.