UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

NOAH TAKODA SULEYMAN,

Defendant.

Case No.: 24-CR-00476 CRB

**~~[PROPOSED]~~ FINAL ORDER OF FORFEITURE**

On August 19, 2026, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Noah Takoda Suleyman, pursuant to Title 18, United States Code, Section 2253(a), Title 18, United States Code, Section 981 and Title 18, United States Code, Section 2428(a), the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure, and Title 21, United States Code, Section 853:

- One Samsung Galaxy S22 cellular phone;
- One black Cricket Alcotel cellular phone;
- One Lenovo laptop with serial number PF1BYKLM;
- One Samsung cellular phone with IMEI 351721113021519; and
- One Toshiba laptop with serial number YF0785506.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed for the above property.

THEREFORE, IT IS SO ORDERED that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 2253(a), Title 18, United States Code, Section 981 and Title 18, United States Code, Section 2428(a), the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure, and Title 21, United States Code, Section 853. All right, title, and interest in said property is vested in the United States of America.

The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this 28th day of October 2026.

HON. CHARLES R. BREYER
United States District Judge